AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Rafael Alberto Rodriguez-Sanchez

United States District Court
Southern District of Texas
FILED
NOV 14 2018

Clerk of Court

## CRIMINAL COMPLAINT

Case Number: M-18- 2353 -M

IAE    YOB: 1973
Dominican Republic
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 12, 2018** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to the Dominican Republic in pursuance of law, and thereafter was found near Penitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Rafael Alberto Rodriguez-Sanchez was encountered by Border Patrol Agents near Penitas, Texas on November 12, 2018. The investigating Agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on November 12, 2018 near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on April 21, 2015, through Miami, Florida. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On December 23, 2014, the Defendant was convicted of Conspiracy of Heroin and was sentenced to fourteen (14) days confinement and sixty (60) months probation.

Approved AUSA LAURA GARCIA

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant
Mickel Gonzalez    Senior Patrol Agent

Sworn to before me and subscribed in my presence,
**November 14, 2018**

**J. Scott Hacker**    , **U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer